UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RONNIE O. SLOAN,**

        **Plaintiff**

      v.                                 C-1-12-800

**CENTRAL VICE CONTROL
SECTION MID-LEVEL DRUG
UNIT,** *et al.*,

        **Defendants**

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 5) and the Supplemental Report and Recommendation (doc. no. 6) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 5) and the Supplemental Report and Recommendation (doc. no. 6) are hereby ADOPTED AND INCORPORATED HEREIN BY

2

REFERENCE.  Plaintiff's case is STAYED pending resolution of the criminal charges against him.  The Clerk of Courts is DIRECTED to administratively close the case.  If plaintiff desires to continue with this case after disposition of the criminal charges against him, he must request the stay be lifted within THIRTY (30) DAYS of disposition of the criminal charges, unless an appeal is filed.  If he appeals, any request to lift the stay must be filed within thirty (30) days of completion of the appellate process.

Pursuant to 28 U.S.C. § 1915(a)(3), this Court certifies that an appeal of this Order would not be taken in good faith.  *See, McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).  The Court therefore DENIES plaintiff leave to proceed *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit.

This case is ADMINISTRATIVELY CLOSED on the docket of this Court.

IT IS SO ORDERED.

                                           s/Herman J. Weber
                                    Herman J. Weber, Senior Judge
                                        United States District Court